IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | C.A. No. 21-558-MN-SRF <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE PROTECTIVE ORDER DISPUTE**

Plaintiff Shilpa Pharma, Inc. ("Shilpa") and Defendant Novartis Pharmaceuticals Corporation ("Novartis") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following protective order matters:

- The parties have a dispute over who may access the opposing party's confidential information pursuant to the proposed protective order.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on October 21 and November 15, 2021:

<u>Delaware Counsel for Shilpa</u>:

Eve H. Ormerod of Smith, Katzenstein & Jenkins LLP

<u>Lead Counsel for Shilpa</u>:

Michael R. Dzwonczyk of Sughrue Mion, PLLC

<u>Delaware Counsel for Novartis</u>:

Alexandra Joyce of McCarter & English, LLP (Oct. 21)

Daniel M. Silver of McCarter & English, LLP (Nov. 15)

Lead Counsel for Novartis:

Jane M. Love of Gibson Dunn & Crutcher LLP (Oct. 21 and Nov. 15)

Robert W. Trenchard of Gibson Dunn & Crutcher LLP (Nov. 15)

The parties are available for a teleconference on the following dates:

- November 30, 2021
- December 2, 2021
- December 3, 2021

Dated:  November 18, 2021

| SMITH, KATZENSTEIN & JENKINS LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| /s/ Eve H. Ormerod<br>Neal C. Belgam (No. 2721)<br>Eve H. Ormerod (No. 5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com | /s/ Daniel M. Silver<br>Daniel M. Silver (No. 4758)<br>Alexandra M. Joyce (No. 6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com |
| *Attorneys for Plaintiff Shilpa Pharma, Inc.* | *Attorneys for Defendant Novartis Pharmaceuticals Corporation* |