**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHILPA PHARMA, INC.,<br>            Plaintiff,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>            Defendant. | C.A. No. 21- 558-MN<br><br>JURY TRIAL DEMANDED |

**NOVARTIS'S MOTION TO DISQUALIFY CHIDAMBARAM S. IYER AS
PLAINTIFF'S COUNSEL UNDER THE LAWYER-WITNESS RULE**

Defendant Novartis Pharmaceuticals Corporation moves to disqualify Chidambaram S. Iyer as counsel for Plaintiff Shilpa Pharma, Inc., and respectfully requests that the Court order that (1) Mr. Iyer shall not participate in any aspect of this action and (2) Sughrue Mion LLC shall implement a formal ethical screen between Mr. Iyer and all attorneys and non-legal staff currently working on, or who in the future work on, this action to ensure that Mr. Iyer has no access to Novartis confidential information produced pursuant to Local Rule 26.2 and/or the operative protective order in this action. Novartis's proposed order is attached hereto, and the bases for this Motion are set forth in Novartis's Opening Brief filed contemporaneously herewith.

Dated: November 22, 2021

OF COUNSEL:

Jane M. Love, Ph.D.
Robert W. Trenchard
Paul E. Torchia
Kyanna Sabanoglu
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
jlove@gibsondunn.com
ptorchia@gibsondunn.com
ksabanoglu@gibsondunn.com

David Glandorf
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
dglandorf@gibsondunn.com

Emily M. Whitcher
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive,
Irvine, CA 92612
ewhitcher@gibsondunn.com

Respectfully submitted,

MCCARTER & ENGLISH, LLP

By: */s/ Daniel M. Silver*
    Daniel M. Silver (#4758)
    Alexandra M. Joyce (#6423)
    Renaissance Centre
    405 N. King Street, 8th Floor
    Wilmington, Delaware 19801
    (302) 984-6300
    dsilver@mccarter.com
    ajoyce@mccarter.com

*Counsel for Defendant*
*Novartis Pharmaceuticals Corporation*