# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>　　　　Defendant. | C.A. No. 21-558-MN<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Defendant Novartis Pharmaceuticals Corporation's motion to disqualify Chidambaram S. Iyer as counsel for Plaintiff Shilpa Pharma, Inc. is hereby granted.  Mr. Iyer shall not participate in any aspect of this action and Sughrue Mion LLC shall implement a formal ethical screen between Mr. Iyer and all attorneys and non-legal staff currently working on, or who in the future work on, this action to ensure that Mr. Iyer has no access to Novartis confidential information produced pursuant to Local Rule 26.2 and/or the operative protective order in this action.

**SO ORDERED** this _____ day of _____, 2021.

_____
United States District Judge