# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS<br>CORPORATION,<br>　　　　　Defendant. | C.A. No. 21-558-MN<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF ROBERT W. TRENCHARD IN SUPPORT OF NOVARTIS'S MOTION TO DISQUALIFY CHIDAMBARAM S. IYER AS PLAINTIFF'S COUNSEL UNDER THE LAWYER-WITNESS RULE

I, Robert W. Trenchard, state as follows:

1. I am a partner at Gibson Dunn & Crutcher, LLP, counsel to defendant Novartis Pharmaceuticals Corporation. I submit this declaration in support of defendant's Motion to Disqualify Chidambaram S. Iyer as Plaintiff's Counsel Under the Lawyer-Witness Rule.

2. I affirm that counsel for defendant and counsel for plaintiff held a telephone meet and confer on November 15, 2021, but were unable to resolve the issue or reach an agreement.

3. I attach true and correct copies of the following documents:

    - **Exhibit A:** Plaintiff Shilpa Pharma, Inc.'s Responses And Objections to Defendant's First Set Of Interrogatories, dated October 18, 2021.

    - **Exhibit B:** Letter from Jane M. Love, counsel to defendant, to Chid S. Iyer and Sughrue Mion, PLLC, counsel to plaintiff, dated October 28, 2021.

    - **Exhibit C:** Response Letter from Michael R. Dzwonczyk, counsel to plaintiff, to Jane M. Love, counsel to defendant, dated October 28, 2021.

    - **Exhibit D:** Response Letter from Jane M. Love, counsel to defendant, to Michael R. Dzwonczyk, counsel to plaintiff, dated October 29, 2021.

    - **Exhibit E**: E-mail exchanges between Jane M. Love and Michael R. Dzwonczyk regarding the draft protective order, dated November 5, 2021.

    - **Exhibit F**: E-mail exchanges between plaintiff's counsel and defendant's local counsel regarding the draft joint motion for teleconference to resolve the protective order dispute, dated November 9, 2021.

    - **Exhibit G**: Plaintiff Shilpa Pharma, Inc.'s First Set of Requests For Production of Documents and Things to Defendant Novartis Pharmaceuticals Corporation, dated November 8, 2021.

    - **Exhibit H**: Plaintiff Shilpa Pharma, Inc.'s First Set of Interrogatories to Novartis Pharmaceuticals Corporation, dated November 8, 2021.

    - **Exhibit I**: Proposed protective order, dated November 10, 2021.

    - **Exhibit J**: Plaintiff Shilpa Pharma, Inc.'s Initial Disclosures Pursuant to Federal Rule Of Civil Procedure 26(a)(1), dated November 4, 2021.

2

- **Exhibit K**: Novartis Annual Report 2018, pages I, II, 260-261 (accessible at https://www.novartis.com/sites/novartis_com/files/novartis-annual-report-2018-en.pdf), and Novartis Annual Report 2020, pages I, II, 219-221 (accessible at https://www.novartis.com/sites/novartis_com/files/novartis-annual-report-2020.pdf).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      November 22, 2021

                                     /s/ Robert W. Trenchard
                                        Robert W. Trenchard