IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOVARTIS PHARMACEUTICALS ) <br> CORPORATION, ) <br> ) <br> Defendant. ) | C.A. No. 21-558 (MN) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 17th day of May 2022:

WHEREAS, on May 5, 2022, Special Master The Honorable Sue L. Robinson issued a Report and Recommendation ("the Report") (D.I. 98) in this action recommending that the Court deny, "without prejudice to renew, e.g., if Mr. Iyer's role changes contrary to Shilpa's representations made to date", Defendant's Motion to Disqualify Chidambaram S. Iyer as Plaintiff's Counsel Under the Lawyer-Witness Rule (D.I. 41);

WHEREAS, the Report set a seven (7) day deadline to file written objections such that objections were due May 12, 2022;

WHEREAS, no party objected to the shortened objection period and nor did either request additional time to file objections; and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the ordered period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 98) is ADOPTED and Defendant's Motion to Disqualify Chidambaram S. Iyer as Plaintiff's

Counsel Under the Lawyer-Witness Rule (D.I. 41) is DENIED without prejudice to renew, e.g., if Mr. Iyer's role changes contrary to Shilpa's representations made to date.

_/s/ Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Court Judge
