# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC., | |
|       Plaintiff, | C.A. No. 21-558-MN-SRF |
|       v. | JURY TRIAL DEMANDED |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
|       Defendant. | |

## JOINT MOTION FOR TELECONFERENCE
## TO RESOLVE PROTECTIVE ORDER DISPUTE

Plaintiff Shilpa Pharma, Inc. ("Shilpa") and Defendant Novartis Pharmaceuticals Corporation ("Novartis") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following protective order matters:

- Removal of language in the Protective Order excluding Chid Iyer from accessing confidential information (paragraph 5(b) and footnote 1) based on Judge Robinson's denial of Novartis' Motion to Disqualify (D.I. 98) and Judge Noreika's adoption of same (D.I. 101)

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on October 21, 2021, November 15, 2021, and May 24, 2022:

<u>Delaware Counsel for Shilpa</u>:

Eve H. Ormerod of Smith, Katzenstein & Jenkins LLP

<u>Lead Counsel for Shilpa:</u>

Michael R. Dzwonczyk of Sughrue Mion, PLLC

Raja Saliba of Sughrue Mion, PLLC

<u>Delaware Counsel for Novartis:</u>

Alexandra Joyce of McCarter & English, LLP

Daniel M. Silver of McCarter & English, LLP

<u>Lead Counsel for Novartis:</u>

Jane M. Love of Gibson Dunn & Crutcher LLP

Robert W. Trenchard of Gibson Dunn & Crutcher LLP

The parties are available for a teleconference on the following dates:

- June 6, 2022
- June 7, 2022 (except between 2-4 p.m.)
- June 8, 2022

Dated: May 25, 2022

| SMITH, KATZENSTEIN & JENKINS LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| */s/ Eve H. Ormerod* | */s/ Alexandra M. Joyce* |
| Neal C. Belgam (No. 2721) | Daniel M. Silver (No. 4758) |
| Eve H. Ormerod (No. 5369) | Alexandra M. Joyce (No. 6423) |
| 1000 West Street, Suite 1501 | Renaissance Centre |
| Wilmington, DE 19801 | 405 N. King Street, 8th Floor |
| (302) 652-8400 | Wilmington, DE 19801 |
| nbelgam@skjlaw.com | (302) 984-6300 |
| eormerod@skjlaw.com | dsilver@mccarter.com |
|  | ajoyce@mccarter.com |
|  |  |
| *Attorneys for Plaintiff Shilpa Pharma, Inc.* | *Attorneys for Defendant Novartis Pharmaceuticals Corporation* |