IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>        Defendant,<br><br>  -and-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>        Defendant-Counterclaim Plaintiff,<br><br>  v.<br><br>SHILPA PHARMA, INC.,<br>        Plaintiff-Counterclaim Defendant<br><br>  -and-<br><br>SHILPA MEDICARE LIMITED,<br>        Counterclaim Defendants. | C.A. No. 21-558-MN |

**DEFENDANT NOVARTIS'S NOTICE OF DEPOSITION OF
VISWAPRASAD VARANASI**

    PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 30 and the Local Rules of the United States District Court for the District of Delaware, that Defendant Novartis Pharmaceuticals Corporation ("Defendant") will take the deposition upon oral examination of Viswaprasad Varanasi. The deposition will commence at 9:00 a.m. (Eastern Standard Time) on November 4, 2022 at the law offices of Gibson Dunn & Crutcher, LLP, 200 Park Avenue, New York, New York, 10166, or at a location and time otherwise agreed on by the parties.

The deposition will be taken before a notary public or other authorized officer, will continue from day to day until completed, and will be videotaped and recorded stenographically. Defendant reserves the right to use the video-recording of this deposition at trial.

|  |  |
|---|---|
| Dated: October 9, 2022 | Respectfully submitted, |
|  | McCARTER & ENGLISH, LLP |
| OF COUNSEL: | By: /s/ Daniel M. Silver |
|  | Daniel M. Silver (#4758) |
| Jane M. Love, Ph.D | Alexandra M. Joyce (#6423) |
| Robert Trenchard | Renaissance Centre |
| Paul E. Torchia | 405 N. King Street, 8th Floor |
| Allyson E. Parks | Wilmington, Delaware 19801 |
| GIBSON, DUNN & CRUTCHER LLP | (302) 984-6300 |
| 200 Park Avenue | dsilver@mccarter.com |
| New York, NY 10166 | ajoyce@mccarter.com |
| Tel: (212) 351-4000 |  |
| jlove@gibsondunn.com | *Counsel for Defendant* |
| rtrenchard@gibsondunn.com | *Novartis Pharmaceuticals Corporation* |
| ptorchia@gibsondunn.com |  |
| aparks@gibsondunn.com |  |
|  |  |
| David Glandorf |  |
| Christine L. Ranney |  |
| GIBSON, DUNN & CRUTCHER LLP |  |
| 1801 California Street, Suite 4200 |  |
| Denver, CO 80202-2642 |  |
| dglandorf@gibsondunn.com |  |
| cranney@gibsondunn.com |  |
|  |  |
| Emily M. Whitcher |  |
| Andrew Philip Blythe |  |
| GIBSON, DUNN & CRUTCHER LLP |  |
| 3161 Michelson Drive, |  |
| Irvine, CA 92612 |  |
| ewhitcher@gibsondunn.com |  |
| ablythe@gibsondunn.com |  |

105775812.1