# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>        Defendant,<br><br>  -and-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>        Defendant-Counterclaim Plaintiff,<br><br>  v.<br><br>SHILPA PHARMA, INC.,<br>        Plaintiff-Counterclaim Defendant<br><br>  -and-<br><br>SHILPA MEDICARE LIMITED,<br><br>        Counterclaim Defendants | C.A. No. 21-558-MN |

## DEFENDANT NOVARTIS'S NOTICE OF DEPOSITION OF VIMAL KUMAR SHRAWAT

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 30 and the Local Rules of the United States District Court for the District of Delaware, that Defendant Novartis Pharmaceuticals Corporation ("Defendant") will take the deposition upon oral examination of Vimal Kumar Shrawat. The deposition will commence at 9:00 a.m. (Eastern Standard Time) on November 7, 2022 at the law offices of Gibson Dunn & Crutcher, LLP, 200 Park Avenue, New York, New York, 10166, or at a location and time otherwise agreed on by the parties.

The deposition will be taken before a notary public or other authorized officer, will continue from day to day until completed, and will be videotaped and recorded stenographically. Defendant reserves the right to use the video-recording of this deposition at trial.

<table>
<tr><td>

Dated: October 9, 2022

OF COUNSEL:

Jane M. Love, Ph.D
Robert Trenchard
Paul E. Torchia
Allyson E. Parks
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
Tel:  (212) 351-4000
jlove@gibsondunn.com
rtrenchard@gibsondunn.com
ptorchia@gibsondunn.com
aparks@gibsondunn.com

David Glandorf
Christine L. Ranney
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
dglandorf@gibsondunn.com
cranney@gibsondunn.com

Emily M. Whitcher
Andrew Philip Blythe
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive,
Irvine, CA  92612
ewhitcher@gibsondunn.com
ablythe@gibsondunn.com

</td><td>

Respectfully submitted,

MCCARTER & ENGLISH, LLP

By: */s/ Daniel M. Silver*
   Daniel M. Silver (#4758)
   Alexandra M. Joyce (#6423)
   Renaissance Centre
   405 N. King Street, 8th Floor
   Wilmington, Delaware 19801
   (302) 984-6300
   dsilver@mccarter.com
   ajoyce@mccarter.com

*Counsel for Defendant*
*Novartis Pharmaceuticals Corporation*

</td></tr>
</table>

105775814.1