

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

December 15, 2022

**VIA CM/ECF**

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re:   *Shilpa Pharma, Inc. v. Novartis Pharmaceuticals Corporation,*
      **C.A. No. 21-558-MN (D. Del.)**

Dear Judge Noreika:

We write for Novartis. Shilpa submitted a declaration on Indian law in the pending privilege dispute that had not previously been shared with Novartis (D.I. 222). We thus showed the new declaration to our Indian law expert, retired Justice Srikrishna, and we provide his response in the enclosed declaration to assist the Court in deciding these important privilege issues.

As shown in the enclosed declaration, Shilpa's declaration identifies only one new case after 2012, the date when Judge Jordan of the Third Circuit (sitting by designation) determined in the *Shire* case that no privilege exists for in-house counsel in India, much less for those like Dr. Chaturvedi who were not members of the Indian bar in the relevant time. The new decision from 2018 has nothing to do with privilege under Indian law and instead concerns foreign lawyers.

If it would be of assistance to the Court, Novartis is happy to provide the Indian cases cited in the parties' submissions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:  Counsel of Record (via CM/ECF and Electronic Mail)