## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | C.A. No. 21-558-MN <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF SERVICE OF SUBPOENA

I, Daniel M. Silver, Esq., declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Defendant Novartis Pharmaceuticals Corporation ("Novartis") in this action.

2. On January 4, 2023, Novartis filed and served a Notice of Subpoena and accompanying subpoena directed to Seyfarth Shaw LLP (D.I. 231).

3. On January 4, 2023, I sent a true and correct copy of the as-filed Notice of Subpoena and accompanying subpoena (D.I. 231) to Lori L. Roeser, Esq., Partner and General Counsel of Seyfarth Shaw LLP, by electronic mail.

4. On January 5, 2023, Lori L. Roeser, Esq. agreed to accept service of the subpoena via electronic mail on behalf of Seyfarth Shaw LLP.

I declare under penalty of perjury that the foregoing is true and correct.

ME1 43907474v.1

| | |
|---|---|
| DATED: January 10, 2023 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423) |
| Jane M. Love, Ph.D<br>Robert Trenchard<br>Paul E. Torchia<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166<br>Tel:  (212) 351-4000<br>jlove@gibsondunn.com<br>rtrenchard@gibsondunn.com<br>ptorchia@gibsondunn.com | Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>T: (302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Counsel for Defendant*<br>*Novartis Pharmaceuticals Corporation* |
| David Glandorf<br>Christine Ranney<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>dglandorf@gibsondunn.com<br>cranney@gibsondunn.com | |
| Emily M. Whitcher<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive,<br>Irvine, CA  92612<br>ewhitcher@gibsondunn.com | |

ME1 43907474v.1