IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC.,<br><br>  Plaintiff,<br><br>   v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>  Defendant,<br><br>   -and-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>  Defendant-Counterclaim Plaintiff,<br><br>   v.<br><br>SHILPA PHARMA, INC.,<br>  Plaintiff-Counterclaim Defendant<br><br>   -and-<br><br>SHILPA MEDICARE LIMITED,<br><br>  Counterclaim Defendants | C.A. No. 21-558-MN |

**<u>DEFENDANT NOVARTIS'S NOTICE OF DEPOSITION OF
SUBRAMANIAN GOVINDAN</u>**

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 30 and the Local Rules of the United States District Court for the District of Delaware, that Defendant Novartis Pharmaceuticals Corporation ("Defendant") will take the deposition upon oral examination of Subramanian Govindan. The deposition will commence at 9:00 a.m. (Eastern Standard Time) on March 17, 2023 at the law offices of Gibson Dunn & Crutcher, LLP, 200 Park Avenue, New York, New York, 10166, or at a location and time otherwise agreed on by the parties.

The deposition will be taken before a notary public or other authorized officer, will continue from day to day until completed, and will be videotaped and recorded stenographically. Defendant reserves the right to use the video-recording of this deposition at trial.

|  |  |
|---|---|
| Dated:  January 23, 2023 | Respectfully submitted, |
|  | McCARTER & ENGLISH, LLP |
| OF COUNSEL: | By:  /s/ Daniel M. Silver |
|  | Daniel M. Silver (#4758) |
| Jane M. Love, Ph.D | Alexandra M. Joyce (#6423) |
| Robert Trenchard | Renaissance Centre |
| Paul E. Torchia | 405 N. King Street, 8th Floor |
| Allyson E. Parks | Wilmington, Delaware 19801 |
| GIBSON, DUNN & CRUTCHER LLP | (302) 984-6300 |
| 200 Park Avenue | dsilver@mccarter.com |
| New York, NY  10166 | ajoyce@mccarter.com |
| Tel:  (212) 351-4000 |  |
| jlove@gibsondunn.com | *Counsel for Defendant* |
| rtrenchard@gibsondunn.com | *Novartis Pharmaceuticals Corporation* |
| ptorchia@gibsondunn.com |  |
| aparks@gibsondunn.com |  |

David Glandorf
Christine L. Ranney
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
dglandorf@gibsondunn.com
cranney@gibsondunn.com

Emily M. Whitcher
Andrew Philip Blythe
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive,
Irvine, CA  92612
ewhitcher@gibsondunn.com
ablythe@gibsondunn.com

106064012.2