# Smith Katzenstein Jenkins LLP

March 7, 2023

**VIA CM/ECF**
The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 3124
Wilmington, DE 19801-3555

      Re:   *Shilpa Pharma, Inc., v. Novartis Pharms. Corp.*
              C.A. No. 21-558-MN

Dear Magistrate Judge Hall:

      Shilpa and Novartis have resolved their dispute over Topic 13 of Shilpa's R. 30(b)(6) notice of deposition to Novartis, as set forth in Shilpa's discovery dispute letter of March 1, 2023. (D.I. 269). Accordingly, Shilpa no longer seeks the assistance of the Court and respectfully submits that oral argument on this issue on March 9 is unnecessary.

Respectfully submitted,

*/s/ Neal C. Belgam*

Neal C. Belgam (No. 2721)


cc:    Clerk of Court (via CM/ECF)
        All Counsel of Record (via CM/ECF)