**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHILPA PHARMA, INC.,<br>        Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>        Defendant,<br><br>-and-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>        Defendant-Counterclaim Plaintiff,<br><br>v.<br><br>SHILPA PHARMA, INC.,<br>        Plaintiff-Counterclaim Defendant,<br><br>-and-<br><br>SHILPA MEDICARE LIMITED,<br>        Counterclaim Defendant. | C.A. No. 21-558-MN-JLH |

**LETTER TO THE HONORABLE JENNIFER L. HALL
FROM DANIEL M. SILVER, ESQ. ENCLOSING EXHIBITS P-1 AND Q-1**

March 8, 2023
Page 1

Dear Judge Hall:

    I write on behalf of Novartis in advance of tomorrow's discovery dispute conference. In preparation for the conference, we realized that we included copies of certain discovery requests in dispute, but not Shilpa's responses to those requests. While we believe that the parties' letters adequately frame the issues for the Court, for the sake of completeness, we enclose herewith Exhibits P-1 and Q-1, which are the responses to the discovery requests found in Exhibits P and Q, respectively, submitted with our opening letter (D.I. 270-271).

    Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)


cc:  Counsel of Record (via CM/ECF and Electronic Mail)