# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | C.A. No. 21-558-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 20, 2023, Plaintiff Shilpa Pharma, Inc.'s Supplemental Response and Objections to Defendant Novartis Pharmaceuticals Corporation's Interrogatories Nos. 10 and 17 were served on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Dated: March 20, 2023

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com

*Attorneys for Shilpa Pharma, Inc.*