# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>           Defendant. | C.A. No. 21-558-MN |

## DEFENDANT NOVARTIS'S NOTICE OF DEPOSITION OF
## LAV KUMAR GUPTA PURSUANT TO FED. R. CIV. P. 30(B)(1) AND 30(B)(6)

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 30 and the Local Rules of the United States District Court for the District of Delaware, that Defendant Novartis Pharmaceuticals Corporation ("Defendant") will take the deposition upon oral examination of Lav Kumar Gupta, including on the following Topics noticed by Novartis in its First Supplemental Notice of Deposition to Shilpa Pursuant to Fed. R. Civ. P. 30(b)(6), served January 23, 2023: 5-9, 11-12, 15(f), and 15(g). The deposition will commence at 8:00 a.m. (Eastern Standard Time) on June 6, 2023, remotely via Zoom, or as agreed between counsel and confirmed in writing.

The deposition will be taken before a notary public or other authorized officer, will continue from day to day until completed, and will be videotaped and recorded stenographically. Defendant reserves the right to use the video-recording of this deposition at trial.

ME1 45134116v.1

Dated:  June 5, 2023

OF COUNSEL:

Jane M. Love, Ph.D
Robert Trenchard
Paul E. Torchia
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
Tel:  (212) 351-4000
jlove@gibsondunn.com
rtrenchard@gibsondunn.com
ptorchia@gibsondunn.com

David Glandorf
Christine L. Ranney
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
dglandorf@gibsondunn.com
cranney@gibsondunn.com

Emily M. Whitcher
Andrew Philip Blythe
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive,
Irvine, CA  92612
ewhitcher@gibsondunn.com
ablythe@gibsondunn.com

Respectfully submitted,

MCCARTER & ENGLISH, LLP

By:  */s/ Daniel M. Silver*
    Daniel M. Silver (#4758)
    Alexandra M. Joyce (#6423)
    Renaissance Centre
    405 N. King Street, 8th Floor
    Wilmington, Delaware 19801
    (302) 984-6300
    dsilver@mccarter.com
    ajoyce@mccarter.com

*Counsel for Defendant
Novartis Pharmaceuticals Corporation*

106064010.4