

Daniel M. Silver
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

November 3, 2023

**VIA CM/ECF**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re: *Shilpa Pharma, Inc. v. Novartis Pharmaceuticals Corporation,*
**C.A. No. 21-558-MN (D. Del.)**

Dear Judge Noreika:

The parties submit this joint letter to address the stay of all proceedings besides fact discovery in this matter pending the outcome of the *inter partes* review of the patent in this matter, U.S. Pat. No. 9,266,816.

As reported to the Court on October 6, 2023 (D.I. 306), the Patent Trial and Appeal Board found all four claims Shilpa asserts from the '816 Patent in this case to be unpatentable. Shilpa intends to appeal that decision. The parties respectfully submit that the current stay should remain in effect pending that appeal. The outcome of the appeal will directly affect Shilpa's claims in this matter, as well as Novartis's counter-claims. Accordingly, the parties submit that the most prudent approach is to maintain the current stay. The parties will apprise the Court of the resolution of Shilpa's appeal promptly after the Federal Circuit issues its decision.

The parties are available at the Court's convenience should Your Honor have any questions or concerns.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and Electronic Mail)

ME1 46607242v.1