# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant, <br><br> -and- <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br>  Defendant-Counterclaim Plaintiff, <br><br> v. <br><br> SHILPA PHARMA, INC., <br>  Plaintiff-Counterclaim Defendant <br><br> -and- <br><br> SHILPA MEDICARE LIMITED, <br><br>  Counterclaim Defendants | C.A. No. 21-558-MN |

## DEFENDANT NOVARTIS'S NOTICE OF DEPOSITION OF
## DR. VINOD KUMAR SINGH PURSUANT TO FED. R. CIV. P. 30(B)(1)

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 30(b)(1) and the Local Rules of the United States District Court for the District of Delaware, that Defendant Novartis Pharmaceuticals Corporation ("Defendant") will take the deposition upon oral examination of Dr. Vinod Kumar Singh. The deposition will commence at 9:30 a.m. (Eastern Standard Time) on April 4, 2024 at the law offices of Gibson Dunn & Crutcher, LLP, 1050

ME1 47814867v.1

2

Connecticut Avenue, N.W., Washington, DC 20036, or at a location and time otherwise agreed on by the parties.

The deposition will be taken before a notary public or other authorized officer, will continue from day to day until completed, and will be videotaped and recorded stenographically. Defendant reserves the right to use the video-recording of this deposition at trial.

| | |
|---|---|
| Dated:  March 5, 2023 | Respectfully submitted, |
| | McCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver*  |
| | Daniel M. Silver (#4758) |
| Jane M. Love, Ph.D | Alexandra M. Joyce (#6423) |
| Robert Trenchard | Renaissance Centre |
| GIBSON, DUNN & CRUTCHER LLP | 405 N. King Street, 8th Floor |
| 200 Park Avenue | Wilmington, Delaware 19801 |
| New York, NY  10166 | (302) 984-6300 |
| Tel:  (212) 351-4000 | dsilver@mccarter.com |
| jlove@gibsondunn.com | ajoyce@mccarter.com |
| rtrenchard@gibsondunn.com | |
| | *Counsel for Defendant* |
| | *Novartis Pharmaceuticals Corporation* |

2