IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHILPA PHARMA, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>NOVARTIS PHARMACEUTICAL CORPORATION,<br><br>                    Defendant. | C.A. No. 21-558-MN |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE and withdraw the appearance of Chidambaram S. Iyer as *pro hac vice* counsel for Plaintiff Shilpa Pharma, Inc. ("Shilpa") in the above-captioned matter. Shilpa will continue to be represented by all other counsel of record.

Dated: December 6, 2024

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Shilpa Pharma, Inc.*