**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHILPA PHARMA, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>   Defendant,<br><br> -and-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>   Defendant-Counterclaim Plaintiff,<br><br> v.<br><br>SHILPA PHARMA, INC.,<br><br>   Plaintiff-Counterclaim Defendant,<br><br> -and-<br><br>SHILPA MEDICARE LIMITED,<br><br>   Counterclaim Defendants. | C.A. No. 21-558-MN |
| *In Re: Third Party Subpoenas Ad Testificandum* | C.A. No. 23-mc-449-MN |
| SUGHRUE MION PLLC<br><br>   Petitioner,<br><br> v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>   Respondent. | |

## **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, Civil Action No. 21-558-MN (the "Shilpa Action") and the related miscellaneous action regarding third-party discovery, C.A. No. 23-mc-449-MN (the "Subpoena Action"), have been stayed pending resolution of IPR2022-00886 (D.I. 311 in C.A. No. 21-558-MN);[1]

WHEREAS, on September 26, 2023, the U.S. Patent Trial and Appeal Board (PTAB) found the patent asserted in the Shilpa Action, U.S. Pat. No. 9,266,816, to be unpatentable;

WHEREAS, on appeal the Federal Circuit affirmed the PTAB's September 26, 2023 decision; and

WHEREAS, Shilpa Pharma, Inc. ("Shilpa") has informed Novartis Pharmaceuticals Corporation ("Novartis") that it will not file a writ of certiorari to the United States Supreme Court;

NOW THEREFORE, IT IS STIPULATED, by the parties, and subject to the approval of the Court that:

1. Shilpa will not file a writ of certiorari to the United States Supreme Court regarding the Federal Circuit's July 10, 2025 order of judgment affirming the PTAB's September 26, 2023 decision in IPR2022-00886.

2. All claims and counterclaims asserted by and between Shilpa and Novartis shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and the Shilpa Action shall be closed upon entry of this Stipulation by the Court.

3. In light of the dismissal of the Shilpa Action, the Subpoena Action (C.A. No. 23-mc-449-MN) shall also be closed.

---

[1] On January 15, 2025, the Court closed the other related miscellaneous action regarding third party discovery, C.A. No. 23-mc-448-MN, following the filing of a Suggestion of Death of Chidambaram S. Iyer in that case (*see* D.I. 40 in C.A. No. 23-mc-448-MN).

4. Each party will bear its own costs and fees.

Dated: October 13, 2025

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dat@skjlaw.com

Michael R. Dzwonczyk
Raja N. Saliba
Roman Rachuba
SUGHRUE MION, PLLC
2000 Pennsylvania Ave., NW
Washington, DC 20037
(202) 293-7060
mdzwonczky@sughrue.com
rsaliba@sughrue.com
lrachuba@sughrue.com

*Attorneys for Shilpa Pharma, Inc., and Shilpa Medicare Limited*

Respectfully submitted,

McCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Jane M. Love, Ph.D.
Robert Trenchard
Paul E. Torchia
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
Tel:  (212) 351-4000
jlove@gibsondunn.com
rtrenchard@gibsondunn.com
ptorchia@gibsondunn.com

David Glandorf
Christine L. Ranney
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
dglandorf@gibsondunn.com
cranney@gibsondunn.com

*Attorneys for Novartis Pharmaceuticals Corporation*

IT IS SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

3